⑩

E  ₁ pg ⁷

, Record & Return to:

Orion Financial Group, Inc.
2860 Exchange Blvd. Ste. 100
Southlake, TX 76092

MIN 1000466-0000546051-5
(888)679-MERS



BK 17138  PGS 440 - 440     11/20/2015 11:15:22 AM
INSTR # 2015049696                DEBRA ANDERSON
RECEIVED YORK SS               REGISTER OF DEEDS

## RESCISSION OF ASSIGNMENT OF MORTGAGE

Whereas, the undersigned did, on October 1, 2008 erroneously record an Assignment of Mortgage in Book 15498, Page 889 of the York County Registry of Deeds of that certain Mortgage in the original principal amount of $197,400.00, dated September 26, 2005, executed by Brady C. Dix and Melanie A. Dix to Mortgage Electronic Registration Systems, Inc., as nominee for Equity One, Inc., its successors and assigns, with a mailing address of 1901 E. Voorhees St., Ste. C, Danville, IL 61834, recorded in Book 14634, Page 538 of the York County Registry of Deeds, encumbering certain real property located at 71 Dunnell Road, Buxton, ME 04093.
Executed by Brady C. Dix and Melanie A. Dix

Now therefore, the undersigned hereby states that the Assignment of Mortgage recorded in Book 15498, Page 889 of the York County Registry of Deeds was executed in error, and that said Assignment of Mortgage is hereby withdrawn, cancelled and declared of no force or effect, and that the lien of said Mortgage on the property described herein shall be unaffected by said erroneous Assignment of Mortgage.

IN WITNESS WHEREOF, the undersigned Corporation has caused this instrument to be executed as a sealed instrument by its proper officer.

Executed on: _1·7·2014_____.

Signed, Sealed and Delivered
in the Presence of:

Witness Andrew Lange

Witness Robert Reid

Orion Financial Group Inc.

DIX, BRADY
ANDESITE/RESC/OPD
POPULAR FINANCIAL SERVICES LLC 667/668

Mortgage Electronic Registration Systems, Inc., as nominee for Equity One, Inc.

By_____
Its   J. Weston Moffett
(Title) Asst Secretary

STATE OF Texas  :

COUNTY OF Dallas  :

On this 7th day of January, 2014, personally appeared J.Weston Moffett, who is known to me to be the person who executed the foregoing instrument as the Asst Sec (title), of the entity that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said entity, before me.

Notary Public
My Commission

DEB MCMURTRE
Notary Public, State of Texas
My Commission Expires
September 20, 2017

EXHIBIT

E